(106 So. 911)

CONTINENTAL CASUALTY CO. v. Annie D. ANDREWS, as Guardian, etc. (6 Div. 436.) (Supreme Court of Alabama. Nov. 12, 1925.) Appeal from Circuit Court, Jefferson County; Joe C. Hail, Judge.

PER CURIAM. Appeal dismissed by appellant.

━━━━

(108 So. 919)

Walter S. COPELAND v. Carrie E. COPELAND. (4 Div. 270.) (Supreme Court of Alabama. May 13, 1926.) Appeal from Circuit Court, Crenshaw County; A. E. Gamble, Judge.

PER CURIAM. Appeal dismissed by appellant.

━━━━

(107 So. 924)

Minnie CRAWFORD v. STATE. (6 Div. 580.) (Supreme Court of Alabama. Feb. 22, 1926.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge.

PER CURIAM. Appeal dismissed by appellant.

━━━━

(107 So. 924)

Will DAVIS v. STATE. (5 Div. 934.) (Supreme Court of Alabama. April 15, 1926.) Appeal from Circuit Court, Elmore County; G. F. Smoot, Judge. Second degree murder.

PER CURIAM. Affirmed on certificate.

━━━━

(106 So. 911)

W. M. DOBSON v. KITCHENS BROS. (7 Div. 571.) (Supreme Court of Alabama. Dec. 3, 1925.) Appeal from Circuit Court, Cleburne County; R. B. Carr, Judge.

PER CURIAM. Appeal dismissed by agreement.

━━━━

(106 So. 911)

Rufus ENGLAND v. STATE. (6 Div. 295.) (Supreme Court of Alabama. Nov. 27, 1925.) Appeal from Circuit Court, Winston County; R. L. Blanton, Judge.

PER CURIAM. Affirmed on certificate.

━━━━

(108 So. 919)

Robert L. FARROW v. Thos. C. JORDAN et al. (8 Div. 811.) (Supreme Court of Alabama. May 18, 1926.) Appeal from Circuit Court, Marshall County; W. W. Haralson, Judge.

PER CURIAM. Appeal dismissed on motion of appellees.

━━━━

(108 So. 919)

A. A. FENDLEY et al. v. H. G. WELLS, Adm'r. (6 Div. 452.) (Supreme Court of Alabama. April 20, 1926.) Appeal from Circuit Court, Blount County; O. A. Steele, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(108 So. 919)

FRANKLIN COUNTY v. C. W. HARGETT. (8 Div. 819.) (Supreme Court of Alabama. April 8, 1926. Rehearing Denied May 13, 1926.) Appeal from Law and Equity Court, Franklin County; B. H. Sargent, Judge. Williams & Chenault, of Russellville, for appellant. J. Foy Guin, of Russellville, for appellee.

PER CURIAM. This is the second appeal in this cause. 212 Ala. 423, 103 So. 40. The only point argued and insisted upon, in brief of counsel, is the soundness of the opinion on the former appeal in upholding the equity of the bill as against Franklin county. We are not unaware of the statute forbidding the conclusiveness of the former opinion upon this appeal, but, after a full consideration of the question upon this appeal, we adhere to the former opinion, and the decree of the law and equity court is affirmed. Affirmed.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BOULDIN, JJ., concur.

━━━━

(108 So. 919)

Uriah FULLER v. U. S. CAST IRON PIPE & FOUNDRY CO. (6 Div. 550.) (Supreme Court of Alabama. April 20, 1926.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

━━━━

(108 So. 919)

GADSDEN, B. & L. M. RY. CO. v. E. C. LITTLE. (7 Div. 580.) (Supreme Court of Alabama. May 25, 1926.) Appeal from Circuit Court, Etowah County; O. A. Steele, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

━━━━

(106 So. 911)

Edson GILLAM v. STATE. (6 Div. 424.) (Supreme Court of Alabama. Jan. 14, 1926.) Appeal from Circuit Court, Jefferson County; Leon McCord, Judge. First degree murder. J. T. Gibson, Jr., of Birmingham, and W. G. Black, of St. Petersburg, Fla., for appellant. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Affirmed.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BOULDIN, JJ., concur.

━━━━

(108 So. 919)

Ronie GRACE v. BIRMINGHAM TITLE & GUARANTY CO. (6 Div. 414.) (Supreme Court of Alabama. April 20, 1926.) Appeal from Circuit Court, Walker County; Ernest Lacy, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.